IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: Jewell E. Brooks, ) Case No. 16-83042-13
Debtor. ) Chapter 13
SSN: xxx-xx-0176 )

OBJECTION TO CLAIM

COMES NOW, the Debtor, Jewell Brooks, by and through counsel, and files this her Objection to Claim # 3, the Claim of Regional Acceptance Corporation filed on November 17, 2016 in the amount of $20,564.97 as secured with a annual rate of interest at 15.95 %. The grounds alleged for this objection are:

A fair rate of interest is 5.25%. The Debtor proposes to pay the full value of the property in the sum of $20,564.97 as a secured claim, at the rate of 5.25 % per annum.

This the 17th day of November, 2016.

/s/ Cynthia Rena Wright
Attorney for Debtor, WEB039
300 Bob Wallace Avenue, SW, #B
Huntsville, AL 35801
(256) 539-2121

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served upon Regional Acceptance Bank. Section/100-50-01-51, PO Box 1847, Wilson, NC 27894, and upon the US Trustee, Michael Ford, PO Box 2388, Decatur, AL 35602, via US Mail, postage prepaid, this the 17th day of November, 2016.

       /s/ Cynthia Rena Wright