IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:  Jewell E. Brooks            )       Case No.: 16-83042-CRJ-7
        SSN: xxx-xx-0176            )
                                    )
            Debtor.                 )       Chapter 7

## STATUS REPORT

COMES NOW the Trustee, Tazewell T. Shepard, and notifies the Court of the status of his liquidation of assets and distribution in the above-styled Chapter 7 case. Special Counsel, Rebekah McKinney, has recently negotiated a tentative settlement in an EEOC claim, subject to Bankruptcy Court approval. The parties have finalized the settlement agreement and a Motion for Approval of Compromise and Settlement and a Motion for Approval for Payment of Professional Fees for Special Counsel will be filed within the next two weeks.

Respectfully submitted this the 30th day of April, 2020.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document on Richard M. Blythe, Esq., Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage thereon this the 30th day of April, 2020.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard